UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT, WELFARE, LABOR MANAGEMENT COALITION, SUPPLEMENTAL BENEFITS AND APPRENTICE TRAINING AND JOURNEYMEN UPGRADING FUNDS AND BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NEW YORK 5,

Plaintiff(s), Petitioner(s)

against

ANTON MEYER, et al.,

Defendant(s), Respondent(s)

INDEX NO.: 08 CIV 6317

DATE OF FILING: July 14, 2008

YOUR FILE: 26532.3231

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF DUTCHESS:  ss:

**DONALD R. CADY** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Hyde Park, NY.

That on **July 31, 2008** at **9:40 AM** at **1925 Route 82, Lagrangeville, NY 12540**, deponent served the within **Summons in a Civil Case, Complaint, Judge's Individual Rules, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing** on **ANTON MEYER**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **ANTON MEYER** personally; deponent knew said person so served to be the person described as said recipient therein.

Deponent describes the individual served as follows:
Sex: **Male** Skin: **Caucasian** Hair: **Salt & Pepper** Age(Approx): **55-60** Height(Approx): **5' 5"** Weight(Approx): **160-170 lbs**
Other: **Glasses**

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on Thursday, July 31, 2008

*Kathleen A Donaruma*

KATHLEEN A. DONARUMA
NOTARY PUBLIC, State of New York
No. 4604789
Resident of Ulster County
Commission Expires May 31, 2010

DONALD R. CADY

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com