UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO.: 08 CIV 6317

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT, WELFARE, LABOR MANAGEMENT COALITION, SUPPLEMENTAL BENEFITS AND APPRENTICE TRAINING AND JOURNEYMEN UPGRADING FUNDS AND BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NEW YORK 5.,

DATE OF FILING: July 14, 2008

YOUR FILE: 26532.3231

AFFIDAVIT OF SERVICE

Plaintiff(s), Petitioner(s)

against

ANTON MEYER, et al.,

Defendant(s), Respondent(s)

STATE OF NEW YORK: COUNTY OF DUTCHESS:  ss:

**DONALD R. CADY** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Hyde Park, NY.

That on **July 31, 2008** at **9:40 AM** at **1925 Route 82, Lagrangeville, NY, 12540**, deponent served the within **Summons in a Civil Case, Complaint, Judge's Individual Rules, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing** on **ANTON MEYER D/B/A ANTON MEYER LTD.,**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner;

A domestic/foreign corporation, by delivering thereat a true copy of each to **Anton Meyer** personally. Deponent knew said recipient so served to be the domestic/foreign corporation described as **Anton Meyer d/b/a Anton Meyer Ltd.,** and knew said individual to be authorized to accept service of process.

Deponent describes the individual served as follows:
Sex: **Male** Skin: **Caucasian** Hair: **Salt & Pepper** Age(Approx): **55-60** Height(Approx): **5' 5"** Weight(Approx): **160-170 lbs**
Other: **Glasses**

Sworn to before me on Thursday, July 31, 2008

*Kathleen A Donaruma*

_____
DONALD R. CADY

KATHLEEN A. DONARUMA
NOTARY PUBLIC, State of New York
No. 4604789
Resident of Ulster County
Commission Expires May 31, 2010

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com