AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT,
SUPPLEMENTAL BENEFITS and APPRENTICE
and BRICKLAYERS AND ALLIED CRAFTWORKDERS
LOCAL 5 NEW YORK,
                Plaintiffs,

-against-

ANTON MEYER, Individually and d/b/a ANTON
MEYER, LTD.
                Defendants.
---------------------------------X

**APPEARANCE**

Case Number: 08 CIV. 6317

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANTON MEYER, individually and d/b/a ANTON MEYER, LTD

[U.S. DISTRICT COURT FILED SEP 02 2008 S.D. OF N.Y. stamp]

I certify that I am admitted to practice in this court.

| 8/22/2008 | [Signature] |
|---|---|
| Date | Signature |
| | MICHAEL ANTHONY GIANNASCA     (MG-4470) |
| | Print Name                Bar Number |
| | 220 FERRIS AVENUE |
| | Address |
| | WHITE PLAINS    NY    10603 |
| | City         State        Zip Code |
| | (914) 220-0216      (914) 220-0217 |
| | Phone Number         Fax Number |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____