UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT,
WELFARE, LABOR MANAGEMENT COALITION,
SUPPLEMENTAL BENEFITS and APPRENTICE
TRAINING AND JOURNEYMEN UPGRADING FUNDS
and BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

08 Civ. 6317

STIPULATION

Hon. Judge
Kenneth M. Karas

Plaintiffs,

-against-

ANTON MEYER, Individually and d/b/a ANTON
MEYER, LTD.

Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that the time for the defendants to answer the complaint herein be and is hereby extended to the SEPTEMBER 19, 2008.

Dated: White Plains, New York
August 19, 2008

GELLERT & KLEIN, P.C.
Stephen E. Ehlers (SE-3094)
Attorney for Plaintiffs
75 Washington Street
Poughkeepsie, New York 12601
Phone: 845-454-3250
Fax: 845-454-4652

Michael Anthony Giannasca, Esq (MG-4470)
Attorney for Defendants
220 Ferris Avenue
White Plains, New York 10603
phone: (914) 220-0216
fax: (914) 220-0217

SO ORDERED:

Kenneth M. Karas, U.S.D.J.
8/28/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____